IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| STEVEN E. HOWELL, | ) | Case No.09-42036 |
| | ) | |
| Debtor. | ) | |

**MOTION TO DIRECT DEBTORS TO TURNOVER PROPERTY TO TRUSTEE**

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Direct Debtor to Turnover Property to Trustee, states as follows:

1. Dana S. Frazier, is the duly and acting trustee in this case.

2. The Debtor provided copies of his filed 2009 income tax returns. The Trustee determined the Bankruptcy Estate was entitled to $2,578.76.

3. In addition, the Estate received Judgment against the Debtor on April 7, 2011 in the amount of $2,500.00. The Debtor agreed to make payments toward the judgment.

4. The Trustee requested the turnover of the income tax refund in the amount of $2,578.76 and for payments on the Judgment in the amount of $2,500.00 by written demand letters to Debtor's counsel and copies to Debtor.

5. To date, no payments have been received for the 2009 income tax refund in the amount of $2,578.76 nor towards the Judgment in the amount of $2,500.00.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtors to turnover to the Trustee within 10 days the amount owed as to his 2009 income tax refund in the amount of $2,578.76 and payment of the Judgment in the amount of $2,500.00. If Debtor fails to make said payment in 10 days, the Trustee may proceed with collection of the prior Judgment in the amount of $2,500.00 and requests a second judgment of $2,578.76 which represents the amount owed as to the 2009 income tax refund.

Respectfully Submitted

/s/ Dana S. Frazier
Dana S. Frazier, 06242921
Chapter 7 Trustee

1

Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Tel:	618-687-5707
Fax:	618-687-5710

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served a copy of the **Motion to Direct Debtor to Turnover Property to Trustee** by U.S. Mail or Electronic Mail to:

Edward Eytalis, Debtors Attorney

Steven Howell
411 E. 8th Street
Metropolis, IL 62960

U.S. Trustee

Dated:  October 6, 2011

/s/ Dana S. Frazier
Dana S. Frazier, #06242921
Chapter 7 Trustee
P.O. Box 159
Murphysboro, IL  62966
Phone:  (618) 687-5707
Fax:(618) 687-5710

2